# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEBRA BENTLEY,**
Appellant,

v.

**420 SOUTH CONGRESS AVENUE, LLC,**
a Florida limited liability company,
Appellee.

No. 4D2023-0204

[March 21, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 50-2020-CA-000753-XXXX-MB.

Carlos D. Cabrera of Florida Advocates, Dania Beach, for appellant.

Therese A. Savona and Rook Elizabeth Ringer of Cole, Scott & Kissane, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***